Joseph Grudzien, appellee, v. Chicago Railways Company et al., operating as Chicago Surface Lines, appellants. Gen. No. 27,584.

Action for damages to plaintiff's automobile in a collision with

defendants' street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in this court at the March term, 1922. Reversed with finding of fact. Opinion filed October 30, 1922.

Charles L. Mahony and Watson J. Ferry, for appellants; J. R. Guilliams and Frank L. Kriete, of counsel. Novak & Novak, for appellee.

Mr. Justice Matchett delivered the opinion of the court.